

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-19-00072-CV

**IN THE INTEREST OF H. R. M, A CHILD,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018EM504989
Honorable Nick Catoe Jr., Judge Presiding

# O R D E R

On February 6, 2019, Appellant Kenny Lee Miller filed a notice of appeal. *See* TEX. R. APP. P. 25.1(a). The same day, a deputy clerk of this court notified Appellant in writing that our records do not show that the $205.00 filing fee has been paid. Further, our records do not conclusively establish that Appellant is excused by statute or rule from paying the filing fee. *See id.* R. 5 (requiring fees in civil cases); *id.* R. 20.1 (waiving appellate court costs under certain circumstances).

The deputy clerk's February 6, 2019 letter warned Appellant that if the filing fee was not paid by February 19, 2019, the appeal could be stricken by this court. To date, this court has not received payment or a Statement of Inability to Afford Payment of Court Costs. *See id.*; *see also* TEX. R. CIV. P. 145.

The deputy clerk's letter also advised Appellant that the docketing statement must be filed with this court by February 19, 2019. *See id.* R. 32.1; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 5.2, http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx. To date, no docketing statement has been filed.

We ORDER Appellant to file a docketing statement within TEN DAYS of the date of this order.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order that either (1) the $205.00 filing fee has been paid, or (2) Appellant is entitled to appeal without paying the filing fee.

If Appellant fails to respond as ordered, this appeal will be dismissed **without further notice**. *See* TEX. R. APP. P. 5, 42.3(c); *In re W.J.C.*, No. 04-05-00532-CV, 2005 WL 3477883 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court